# Exhibit 3

**25TH JUDICIAL DISTRICT COURT FOR THE PARISH OF PLAQUEMINES**

**STATE OF LOUISIANA**

**DOCKET NO. 60-986** **DIVISION "B"**

**THE PARISH OF PLAQUEMINES**

**VERSUS**

**EQUITABLE PETROLEUM CORPORATION, CHEVRON U.S.A. INC., EXXON MOBIL CORPORATION, HELIS OIL & GAS COMPANY, LLC, ANADARKO E&P ONSHORE, LLC, AND CHEVRON PIPE LINE COMPANY**

**FILED: ____________________** ____________________

**DEPUTY CLERK**

---

# FIRST AMENDMENT TO PETITION FOR DAMAGES TO THE PLAQUEMINES PARISH COASTAL ZONE

**NOW INTO COURT** come plaintiffs, the Parish of Plaquemines, and the State of Louisiana *ex rel.* Parish of Plaquemines (collectively "Plaintiffs"), through undersigned counsel, to amend their Petition for Damages by the Order of this Court dated March 20, 2017 in the following particulars:

**1.**

Plaintiffs renew and reiterate all of the allegations and the prayer of the original Petition for Damages. Except as amended below, the original Petition for Damages shall remain unchanged.

**2.**

For purposes hereof, Plaintiffs have adopted the method by which the various Defendants have collectively identified themselves in their responses to Plaintiffs' Requests for Admissions, Requests for Production of Documents, and Interrogatories to All Defendants issued pursuant to the Order of this Court dated March 20, 2017. As such, Chevron U.S.A. Inc. and Chevron Pipe Line Company are collectively referred to herein as "**Chevron**." Similarly, Exxon Mobil Corporation is referred to herein as "**Exxon**;" Helis Oil & Gas Company, LLC is referred to herein as "**Helis**;" Anadarko E&P Onshore, LLC is referred to herein as "**Anadarko**;" and Equitable Petroleum Corporation is referred to herein as "**Equitable**." Unless otherwise stated, all references to exhibits or paragraph numbers below refer to the exhibits and numbered

paragraphs in the original Petition for Damages. Capitalized terms refer to the definitions given them in the original Petition for Damages.

**3.**

Paragraph 19 is amended to add the following text at the end of said paragraph: "Chevron drilled and/or operated at least 623 wells in the Operational Area, each of which is identified by serial number in Exhibit F. A map showing the location of Chevron's wells is attached hereto as Exhibit H-1. The area bounding said wells shown on Exhibit H-1 is referred to herein as the "**Chevron Area**." Exxon drilled and or operated at least one well in the Operational Area, which is identified by serial number in Exhibit F. A map showing the location of Exxon's well is attached hereto as Exhibit H-2. The area bounding said well shown on Exhibit H-2 is referred to herein as the "**Exxon Area**." Helis drilled and or operated at least 281 wells in the Operational Area, each of which is identified by serial number in Exhibit F. A map showing the location of Helis' wells is attached hereto as Exhibit H-3. The area bounding said wells shown on Exhibit H-3 is referred to herein as the "**Helis Area**." Anadarko drilled and or operated at least 35 wells in the Operational Area, each of which are identified by serial number in Exhibit F. A map showing the location of Anadarko's wells is attached hereto as Exhibit H-4. The area bounding said wells shown on Exhibit H-4 is referred to herein as the "**Anadarko Area**." Equitable drilled and or operated at least one well in the Operational Area, which is identified by serial number in Exhibit F. A map showing the location of Equitable's well is attached hereto as Exhibit H-5. The area bounding said well shown on Exhibit H-5 is referred to herein as the "**Equitable Area**." Exhibit H-6 depicts the locations of the Chevron Area, the Exxon Area, the Helis Area, the Anadarko Area and the Equitable Area in relation to each other and the Operational Area. "

**4.**

Paragraph 20 is amended to add the following text to the end of said paragraph: "Upon information and belief, Chevron constructed, used and/or improperly closed at least two waste pits in the Chevron Area. Said pits are identified in Exhibit I-1. Upon information and belief, no coastal use permits for the construction, use or closure of any waste pits were issued to Chevron for the Operational Area, making the alleged construction, use and/or closure of such pits by Chevron violations of the CZM Laws. In fact, Helis was required in 2007 to undertake

extensive remediation operations at Chevron's former Stone Island facility to address a release of contaminants seeping from a former waste pit that Chevron improperly closed in 1989."

**5.**

Paragraph 23 is amended to add the following text to the end of said paragraph: "Upon information and belief, each of Chevron's, Helis' and Anadarko's oil and gas production from wells in the Operational Area significantly predated its operation of any injection wells adequate to handle the volume of wastes generated by its oil and gas wells in the Operational Area. Exhibit J attached hereto contains a list of the coastal use permits produced by each Defendant in response to Plaintiffs' Requests for Admissions, Requests for Production of Documents, and Interrogatories to All Defendants issued pursuant to the Order of this Court dated March 20, 2017. No coastal use permits, whether or not produced by Defendants, have been identified which would have permitted the wastes, including NORM and produced water, associated with Chevron's, Helis' and Anadarko's oil and gas production to be discharged into the wetlands or waters of the Operational Area. Upon information and belief, Chevron, Helis and Anadarko discharged wastes generated by their oil and gas production operations in the Operational Area into the wetlands and waters of the Operational Area in violation of CZM Laws."

**6.**

Paragraph 25 is amended to add the following text to the end of said paragraph: "Upon information and belief, Chevron, Exxon, Helis, Anadarko and Equitable each dredged and/or were the custodians of canals and channels located in the Chevron Area, Exxon Area, Helis Area, Anadarko Area and Equitable Area, respectively, which were dredged in order to drill wells that have since been abandoned, and which canals or channels were not properly designed and maintained, nor properly closed upon abandonment of the associated wells. The canals dredged and used by Chevron, Exxon, Helis, Anadarko and Equitable in violation of CZM laws have significantly contributed to the land loss that has occurred within the Operational Area, the extent of which is shown in Exhibit K attached hereto. The land loss measurements depicted in Exhibit K, which represent land lost from the Operational Area through 2010, were made by USGS and reported in USGS Scientific Investigations Map 3164, a publicly available report. Other contributors to the land loss which occurred within the Operational Area include

surface subsidence induced by production of vast quantities of fluids from the subsurface by Chevron, Helis and Anadarko without using adequate countermeasures, such as fluid injection, to offset the resulting reduction of subsurface formation pressures, and the compounding effects of widespread, commingled contamination from Defendant's unpermitted releases and discharges of oilfield wastes into the interconnected tidal wetlands and waters of the Operational Area."

**7.**

Paragraph 31 is amended to add the following text at the end of said paragraph:

"With the exception of two coastal use permits obtained by Helis in connection with its government-mandated remediation of Chevron's former Stone Island waste pit, no coastal use permits have been identified for work within the Operational Area for the purpose of clearing, revegetating, detoxifying and restoring to their original condition those portions of the Plaquemines Parish Coastal Zone damaged by Defendant' operations in the Operational Area."

WHEREFORE, petitioners reiterate the prayer of their original petition and pray that there be judgment herein in their favor and against the Defendants for all damages as are reasonable in the premises, together with legal interest and costs.

By Attorneys:

**TALBOT, CARMOUCHE & MARCELLO**
17405 Perkins Road
Baton Rouge, LA 70810
Telephone: (225) 400-9991
Fax: (225) 448-2568

______________________________
Donald T. Carmouche (2226)
Victor L. Marcello (9252)
John H. Carmouche (22294)
William R. Coenen, III (27410)
Brian T. Carmouche (30430)
Todd J. Wimberley (34862)
Ross J. Donnes (33098)
D. Adele Owen (21001)
Leah C. Poole (35092)
Christopher D. Martin (30613)

Philip F. Cossich, Jr. (1788)
Darren Sumich (23321)
David A. Parsiola (21005)
Brandon J. Taylor (27662)
**COSSICH, SUMICH, PARSIOLA & TAYLOR, L.L.C.**
8397 Highway 23, Suite 100
Belle Chase, LA 70037-2648
Telephone: (504) 394-9000
Fax: (504) 394-9110

W. Peter Connick (14158)
**CONNICK AND CONNICK**
3431 N. Causeway Blvd., Ste. 408
Metairie, LA 70002
Telephone: (504) 838-8777
Fax: (504) 838-9903

Bruce D. Burglass, Jr. (1411)
Andre' C. Gaudin (20191)
Scott O. Gaspard (23747)
**BURGLASS & TANKERSLEY, LLC**
5213 Airline Drive
Metairie, LA 70001-5602
Telephone: (504) 836-0407
Fax: (504) 287-0447

*Attorneys for Plaintiffs*

**PLEASE SERVE THE FIRST AMENDMENT TO:**

**ANADARKO E&P ONSHORE, LLC**
through its attorneys of record:
Deborah D. Kuchler
Robert E. Guidry
Sarah E. Iiams
Michele Hale DeShazo
KUCHLER POLK WEINER, LLC
1615 Poydras St., Ste. 1300
New Orleans, LA 70112

**CHEVRON U.S.A. INC.**
**CHEVRON PIPELINE COMPANY**
through its attorneys of record:
Charles S. McCowan, III
L. Victor Gregoire
Pamela R. Mascari
KEAN MILLER LLP
II City Plaza
400 Convention St., Suite 700
Baton Rouge, LA 70802

**EXXON MOBIL CORPORATION**
through its attorney of record:
Robert B. McNeal
LISKOW & LEWIS
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, LA 70139

**HELIS OIL & GAS COMPANY, L.L.C.**
through its attorneys of record:
John Michael Parker
Edward D. Hughes
TAYLOR, PORTER,
BROOKS & PHILLIPS L.L.P.
451 Florida St., 8th Floor
Baton Rouge, LA 70801

**STATE OF LOUISIANA, *EX REL.* JEFF LANDRY, ATTORNEY GENERAL**
through its attorneys of record:
Ryan M. Seidemann
Elizabeth B. Murrill
Wilbert L. Stiles, III
LOUISIANA DEPARTMENT OF JUSTICE
1185 North 3rd Street
Baton Rouge, LA 70802

**STATE OF LOUISIANA, THROUGH THE DEPARTMENT OF NATURAL RESOURCES, OFFICE OF COASTAL MANAGEMENT AND ITS SECRETARY, THOMAS F. HARRIS**
Through its attorneys of record:
J. Blake Canfield, Executive Counsel
Donald W. Price, Special Counsel
Post Office Box 94396
Baton Rouge, LA 70804
and
Megan K. Terrell
Office of Governor John Bel Edwards
900 North 3rd Street, Fourth Floor
Baton Rouge, LA 70802

**PLEASE SERVE THE ORIGINAL PETITION AND FIRST AMENDMENT TO:**

**EQUITABLE PETROLEUM CORPORATION**
through its registered agent:
Michael L. McDonald
1388 Sunset Dr.
Slidell, LA 70460-2565

**25TH JUDICIAL DISTRICT COURT FOR THE PARISH OF PLAQUEMINES**

**STATE OF LOUISIANA**

**DOCKET NO. 60-986** **DIVISION "B"**

**THE PARISH OF PLAQUEMINES**

**VERSUS**

**EQUITABLE PETROLEUM CORPORATION, CHEVRON U.S.A. INC., EXXON MOBIL CORPORATION, HELIS OIL & GAS COMPANY, LLC, ANADARKO E&P ONSHORE, LLC, AND CHEVRON PIPE LINE COMPANY**

---

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the above and forgoing pleading has been forwarded to the following counsel of record by electronic mail and/or by placing same in the United States mail, postage prepaid, and properly addressed.

Deborah D. Kuchler
dkuchler@kuchlerpolk.com
Robert E. Guidry
rguidry@kuchlerpolk.com
Sarah E. Iiams
siiams@kuchlerpolk.com
Michele Hale DeShazo
mdeshazo@kuchlerpolk.com
KUCHLER POLK WEINER, LLC
1615 Poydras St., Suite 1300
New Orleans, LA 70112
*Attorneys for Anadarko E&P Onshore, LLC*

John Michael Parker
mike.parker@taylorporter.com
Edward D. Hughes
Eddie.hughes@taylorporter.com
TAYLOR, PORTER,
BROOKS & PHILLIPS L.L.P.
451 Florida St., 8th Floor (70801)
Post Office Box 2471
Baton Rouge, LA 70821-2471
*Attorneys for Helis Oil & Gas Company, L.L.C.*

Charles S. McCowan, III
trey.mccowan@keanmiller.com
L. Victor Gregoire
victor.gregoire@keanmiller.com
Pamela R. Mascari
pam.mascari@keanmiller.com
KEAN MILLER LLP
II City Plaza
400 Convention St., Suite 700
Post Office Box 3513 (70821)
Baton Rouge, LA 70802
*and*
Michael R. Phillips
mike.phillips@keanmiller.com
Claire E. Juneau
claire.juneau@keanmiller.com
KEAN MILLER LLP
909 Poydras, Suite 3600
New Orleans, LA 70112
*and*
Eric J. Mayer
emayer@susmangodfrey.com
Alexandra G. White
lwhite@susmangodfrey.com
SUSMAN GODFREY, LLP
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
and
Mark A. Pivach
PIVACH, PIVACH, HUFT,
THRIFFILEY & DUNBAR
8311 Highway 23, Ste. 104
Post Office Box 7125
Belle Chasse, LA 70037
*Attorneys for Chevron U.S.A. Inc., and Chevron Pipe Line Company*

Robert B. McNeal
rbmcneal@liskow.com
LISKOW & LEWIS
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, LA 70139
*and*
Michael P. Cash
mcash@liskow.com
LISKOW & LEWIS
First City Tower
1001 Fannin Street
Houston, TX 77002-6756
*and*
Jamie D. Rhymes
jdrhymes@liskow.com
LISKOW & LEWIS
822 Harding Street
Lafayette, LA 70503
*and*
Martin A. Stern
martin.stern@arlaw.com
Glen M. Pilié
glen.pilie@arlaw.com
Jeffrey E. Richardson
jeffrey.richardson@arlaw.com
David M. Stein
david.stein@arlaw.com
ADAMS & REESE, LLP
701 Poydras Street, Suite 4500
New Orleans, LA 70139
*and*
Roy C. Cheatwood
rcheatwood@bakerdonelson.com
Monica A. Frois
mfrois@bakerdonelson.com
Matthew A. Woolf
mwoolf@bakerdoneslson.com
Tyler L. Weidlich
tweidlich@bakerdonelson.com
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
201 St. Charles Ave., Suite 3600
New Orleans, LA 70170
*Attorneys for Exxon Mobil Corporation*

Ryan M. Seidemann
seidemannr@ag.louisiana.gov
Elizabeth B. Murrill
murrille@ag.louisiana.gov
Wilbert L. Stiles, III
stilesw@ag.louisiana.gov
Assistant Attorney Generals
LOUISIANA DEPARTMENT OF JUSTICE
1185 North 3rd Street
Baton Rouge, LA 70802
*Attorneys for the State of Louisiana, ex rel. Jeff Landry, Attorney General*

J. Blake Canfield, Executive Counsel
blake.canfield@la.gov
Donald R. Price, Special Counsel
donald.price@la.gov
DEPARTMENT OF NATURAL RESOURCES
Post Office Box 94396
Baton Rouge, LA 70804
*and*
Megan K. Terrell
megan.terrell2@la.gov.com
Office of Governor John Bel Edwards
GOVERNOR'S OFFICE FOR COASTAL ACTIVITIES
900 North 3rd Street, Fourth Floor
Baton Rouge, LA 70802
*Attorneys for the State of Louisiana, through the Department of Natural Resources, Office of Coastal Management and its Secretary, Thomas F. Harris*

Baton Rouge, Louisiana this 19th day of June, 2017.

______________________________
John H. Carmouche

<u>**EXHIBIT H-1**</u>

**CHEVRON WELLS & CHEVRON AREA**

The Operational Area is shown in red below. Red dots are wells drilled and/or operated by Chevron. The yellow-shaded area is the Chevron Area.

2015 Aerial



## EXHIBIT H-2

### EXXON WELLS & EXXON AREA

The Operational Area is shown in red below. Red dots are wells drilled and/or operated by Exxon. The yellow-shaded area is the Exxon Area.

2015 Aerial



<u>**EXHIBIT H-3**</u>

**HELIS WELLS & HELIS AREA**

The Operational Area is shown in red below. Red dots are wells drilled and/or operated by Helis. The yellow-shaded area is the Helis Area.

2015 Aerial



# EXHIBIT H-4

## ANADARKO WELLS & ANADARKO AREA

The Operational Area is shown in red below. Red dots are wells drilled and/or operated by Anadarko. The yellow-shaded area is the Anadarko Area.

2015 Aerial



<u>**EXHIBIT H-5**</u>

**EQUITABLE WELLS & EQUITABLE AREA**

The Operational Area is shown in red below. Red dots are wells drilled and/or operated by Equitable. The yellow-shaded area is the Equitable Area.

2015 Aerial



**EXHIBIT H-6**

## CHEVRON, EXXON, HELIS, ANADARKO AND EQUITABLE AREAS

The Operational Area is shown in red below. The other colored areas are the Chevron, Exxon, Helis, Anadarko and Equitable Areas, as indicated below.

2015 Aerial



# EXHIBIT I-1

## CHEVRON PITS

The Operational Area is shown in red below. The Chevron Area is shown in yellow. Red dots show the locations of waste pits which, upon information and belief, were constructed, used and/or closed in violation of CZM Laws by Chevron.

2015 Aerial



## Exhibit J

### Coastal Use Permits Produced by Defendants

| CUP No. | Description | Chevron | Exxon | Helis | Anadarko | Equitable |
|---|---|---|---|---|---|---|
| P19810110 | 4.5 OIL & 6' GAS FLOWLINES | ✓ | | | | |
| P19810122 | PROPOSED STRUCTURES CHEVRON DREDGING | ✓ | | | | |
| P19810272 | INSTALL WELL PLATFORM AND FLOWLINES | ✓ | | | | |
| P19810280 | INSTALL DRILLING BARGE AND PLATFORM | ✓ | | | | |
| P19810304 | PROPOSED DREDGING, PIPE LINES AND WELL LOCATION S.L. 8190 NO. 2 | ✓ | | | | |
| P19811784 | PROPOSED GAS LIFT MANIFOLD PLATFORM | | | ✓ | | |
| P19820030 | PROPOSED TO LAY A 12" PIPELINE | ✓ | | | | |
| P19820374 | PROPOSAL TO SET AGROUND A MOBILE DRILLING BARGE, INSTALL APPURTANENT STUCTURES, LAY FLOWLINE FOR WELL NO. 86 NO, 195 | | | ✓ | | |
| P19820412 | PROPOSED MOBILE DRILLING BARGE | | | ✓ | | |
| P19820692 | SET AGROUND TWO MOBILE DRILLING BARGES, INSATLL OTHER APPURTENANCES | ✓ | | ✓ | | |
| P19821460 | PROPOSE TO SET AGROUND A MOBILE DRILLING BARGE AND INSTALL OTHER APPURTANCNES; WELLS SL 195 NO. 16, 17, 18, 19, 20, 21, 22, | ✓ | | | | |
| P19821614 | INSTALL 14 FLOWLINES | ✓ | | | | |
| P19821683 | PROPOSE TO INSTALL A GAS PRODUCING UNIT AND 2 1/2" FLOWLINE | ✓ | | | | |
| P19821802 | SET AGROUND 3 MOBILE DRILLING BARGES | ✓ | | | | |
| P19831287 | INSTALL RIP -RAP FOR EROSION CONTROL | ✓ | | | | |
| P19840275 | INSTALL AND MAINTAI A 2 1/2" GAS PIPELINE | | | ✓ | | |
| P19841204 | CONSTRUCT PLATFORM | ✓ | | | | |
| P19850189 | DRILLING BARGE AND INSTALL APPURTENANT STRUCTURES AND FLOWLINE | | | ✓ | | |
| P19930296 | INSTALL SHELL PADS AND PLACE DRILL BARGES ON LOCATION | | | ✓ | | |
| P19930622 | PLACE A DRILL BARGE ON LOCATION | | | ✓ | | |
| P19930765 | INSTALL PROPOSED FLOWLINES | | | ✓ | | |
| P19940638 | INSTALL FLOWLINE | | | ✓ | | |
| P19950554 | INSTALL DRILL BARGE | | | ✓ | | |
| P19950555 | INSTALL KEYWAY PLATFORM AND FLOWLINES | | | ✓ | | |
| P19950640 | INSTALL GAS LIFT FLOWLINE | | | ✓ | | |
| P19951401 | INSTALL SALTWATER INJECTIN PIPELINE | | | ✓ | | |
| P19951404 | INSTALL PIPELINE | | | ✓ | | |
| P19960206 | PIPELINE REPLACEMENT | | | ✓ | | |
| P19960581 | PIPELINE REPLACEMENT | | | ✓ | | |
| P19970051 | PROPOSED DRILLING BARGE, WELL PROTECTION STRUCTURE, GAS LINES AND FLOWLINES | | | | ✓ | |
| P19970999 | INSTALL 4 PILINGS AND DIFFUSER PIPE | | | ✓ | | |
| P19970999 | INSTALL 4 PILINGS AND DIFFUSER PIPE | | | ✓ | | |
| P19970999 | INSTALL 4 PILINGS AND DIFFUSER PIPE | | | ✓ | | |
| P19970999 | INSTALL 4 PILINGS AND DIFFUSER PIPE | | | ✓ | | |
| P19970999 | INSTALL 4 PILINGS AND DIFFUSER PIPE | | | ✓ | | |
| P20000613 | INSTALL PRODUCTION LINE, BULK LINE AND GAS LIFT LINE | | | ✓ | | |
| P20000858 | S.O.V. SL 195 QQ WELL #108 SITE CLEARANCE | | | ✓ | | |
| P20001198 | INSTALL AND MAINTAIN PIPELINE AND LINE HEATER PLATFORM | ✓ | | | | |
| P20001198 | INSTALL AND MAINTAIN PIPELINE AND LINE HEATER PLATFORM | ✓ | | | | |
| P20001309 | DRILL | | | ✓ | | |
| P20010075 | INSTALL FLOWLINE | | | ✓ | | |
| P20010306 | O&G SITE CLEARANCE | | | ✓ | | |
| P20011901 | PLUG & ABANDON WELL | | | | ✓ | |
| P20011901 | PLUG & ABANDON WELL | | | | ✓ | |
| P20011901 | PLUG & ABANDON WELL | | | | ✓ | |

## Exhibit J

### Coastal Use Permits Produced by Defendants

| CUP No. | Description | Chevron | Exxon | Helis | Anadarko | Equitable |
|---|---|---|---|---|---|---|
| P20020487 | P&A | | | | ✓ | |
| P20060528 | DEBRIS REMOVAL BLACK BAY SOUTH BATTERY | | | ✓ | | |
| P20060528 | DEBRIS REMOVAL EAST GAS LIFT MANIFOLD NO 1 | | | ✓ | | |
| P20060528 | DEBRIS REMOVAL EAST GAS LIFT MANIFOLD NO 2 | | | ✓ | | |
| P20060528 | DEBRIS REMOVAL EAST GAS LIFT MANIFOLD NO 3 | | | ✓ | | |
| P20060528 | DEBRIS REMOVAL EAST GAS LIFT MANIFOLD NO 5 | | | ✓ | | |
| P20060528 | DEBRIS REMOVAL EAST GAS LIFT MANIFOLD NO 6 | | | ✓ | | |
| P20060528 | DEBRIS REMOVAL NORTH BLACK BAY FACILITY | | | ✓ | | |
| P20060528 | DEBRIS REMOVAL NORTH GAS LIFT MANIFOLD NO 1 | | | ✓ | | |
| P20060528 | DEBRIS REMOVAL NORTH GAS LIFT MANIFOLD NO 2 | | | ✓ | | |
| P20060528 | DEBRIS REMOVAL NORTH GAS LIFT MANIFOLD NO 3 | | | ✓ | | |
| P20060528 | DEBRIS REMOVAL SATELLITE PLATFORM A | | | ✓ | | |
| P20060528 | DEBRIS REMOVAL SATELLITE PLATFORM 'A' | | | ✓ | | |
| P20060528 | DEBRIS REMOVAL SATELLITE PLATFORM B | | | ✓ | | |
| P20060528 | DEBRIS REMOVAL SATELLITE PLATFORM 'B' | | | ✓ | | |
| P20060528 | DEBRIS REMOVAL SL 2410 GASLIFT MANIFOLD | | | ✓ | | |
| P20060528 | DEBRIS REMOVAL SOUTH GAS LIFT MANIFOLD NO 1 | | | ✓ | | |
| P20060528 | DEBRIS REMOVAL SOUTHEAST GAS LIFT MANIFOLD NO 1 | | | ✓ | | |
| P20060528 | DEBRIS REMOVAL WEST BLACK BAY CB BATTERY | | | ✓ | | |
| P20060528 | DEBRIS REMOVAL WEST BLACK BAY UNIT BATTERY | | | ✓ | | |
| P20060528 | DEBRIS REMOVAL WEST GAS LIFT MANIFOLD | | | ✓ | | |
| P20060528 | DEBRIS REMOVAL WEST GAS LIFT MANIFOLD NO 1 | | | ✓ | | |
| P20060528 | DEBRIS REMOVAL WEST GAS LIFT MANIFOLD NO 2 | | | ✓ | | |
| P20060528 | DEBRIS REMOVAL WEST GAS LIFT MANIFOLD NO 3 | | | ✓ | | |
| P20060528 | DEBRIS REMOVAL WEST GAS LIFT MANIFOLD NO 4 | | | ✓ | | |
| P20060528 | DEBRIS REMOVAL WEST GAS LIFT MANIFOLD NO 5 | | | ✓ | | |
| P20061626 | EXCAVATION 30' X 50' X 8' DEEP & 14 BOREHOLES | | | ✓ | | |
| P20081422 | REMIDATION AND RESTORATION | | | ✓ | | |
| P20081422 | NAV AID A - POSTED SIGN / TIMBER PILES | | | ✓ | | |
| P20081422 | NAV AID B - POSTED SIGN / TIMBER PILES | | | ✓ | | |
| P20081422 | NAV AID C - POSTED SIGN / TIMBER PILES | | | ✓ | | |
| P20081422 | PILING 1: STONE ISLAND REMEDIATION | | | ✓ | | |
| P20081422 | PILING 10: STONE ISLAND REMEDIATION | | | ✓ | | |
| P20081422 | PILING 11: STONE ISLAND REMEDIATION | | | ✓ | | |
| P20081422 | PILING 12: STONE ISLAND REMEDIATION | | | ✓ | | |
| P20081422 | PILING 13: STONE ISLAND REMEDIATION | | | ✓ | | |
| P20081422 | PILING 14: STONE ISLAND REMEDIATION | | | ✓ | | |
| P20081422 | PILING 15: STONE ISLAND REMEDIATION | | | ✓ | | |
| P20081422 | PILING 16: STONE ISLAND REMEDIATION | | | ✓ | | |
| P20081422 | PILING 17: STONE ISLAND REMEDIATION | | | ✓ | | |
| P20081422 | PILING 2: STONE ISLAND REMEDIATION | | | ✓ | | |
| P20081422 | PILING 3: STONE ISLAND REMEDIATION | | | ✓ | | |
| P20081422 | PILING 4: STONE ISLAND REMEDIATION | | | ✓ | | |
| P20081422 | PILING 5: STONE ISLAND REMEDIATION | | | ✓ | | |
| P20081422 | PILINGS: STONE ISLAND REMEDIATION | | | ✓ | | |
| P20081422 | PILING 7: STONE ISLAND REMEDIATION | | | ✓ | | |
| P20081422 | PILING 8: STONE ISLAND REMEDIATION | | | ✓ | | |
| P20081422 | PILING 9: STONE ISLAND REMEDIATION | | | ✓ | | |
| P20081422 | SHEET PILE / BACKFILL | | | ✓ | | |
| P20090093 | EMERGENCY FLOWLINE REPAIR | | | ✓ | | |
| P20090257 | EXISTING INACTIVE PIPELINE | | | ✓ | | |
| P20090441 | INSTALL DRILL BARGE | | | ✓ | | |
| P20090441 | PIPELINE // 12' // 3' MIN BLW MUDLINE // // ORIGIN: SL 195 QQ SWD WELL #4 // ENDPOINT: CENTRAL FACILITY | | | ✓ | | |

**Exhibit J**

**Coastal Use Permits Produced by Defendants**

| CUP No. | Description | Chevron | Exxon | Helis | Anadarko | Equitable |
|---|---|---|---|---|---|---|
| P20090441 | PIPELINE // 12' // 3' MIN BLW MUDLINE // // ORIGIN: SL 195 QQ SWD WELL #4 // ENDPOINT: SL 195 QQ SWD WELL #5 | | | ✓ | | |
| P20090441 | SL 195 QQ SWD WELL #4 | | | ✓ | | |
| P20090441 | SL 195 QQ SWD WELL #5 | | | ✓ | | |
| P20090441 | SL 195 QQ SWD WELL #5 | | | ✓ | | |
| P20090478 | INSTALL DRILL BARGE | | | ✓ | | |
| P20090478 | SL 195 QQ WELL NO 40 LOCATION & STRS | | | ✓ | | |
| P20090478 | PILE CLUSTERS (3) FOR BARGE MOORING | | | ✓ | | |
| P20090478 | PILE CLUSTERS (3) FOR BARGE MOORING | | | ✓ | | |
| P20090478 | PILE CLUSTERS (3) FOR BARGE MOORING | | | ✓ | | |
| P20090979 | REMOVAL OF WELL STRUCTURE AND SITE CLEARANCE | | | ✓ | | |
| P20091000 | SITE CLEARANCE | | | ✓ | | |
| P20100192 | INSTALL FLOWLINES | | | ✓ | | |
| P20100201 | INSTALL FLOWLINES | | | ✓ | | |
| P20100215 | INSTALL FLOWLINES | | | ✓ | | |
| P20101012 | SITE CLEARANCE | | | ✓ | | |
| P20101012 | EXISTING PIPELINE SEGMENT 1/ N/A // REBURY 3' BLW ML // SOV -SITE CLEARANCE TO CUT /CAP /RE -BURY 200' OF LINE // ORIGIN: SL 195 QQ NO 13 / 13 -D WELL// ENDPOINT: CAP //-// SOV - SITE CLEARANCE AT SL 19500 NO 13 & 13 -D | | | ✓ | | |
| P20101142 | SITE CLEARANCE | | | ✓ | | |
| P20101142 | STRUCTURE REMOVAL: SL 195 QQ NO 21 //-// STRUCTURE REMOVAL. SL 195 QQ NO 38 | | | ✓ | | |
| P20101242 | SITE CLEARANCE | | | ✓ | | |
| P20101242 | EXISTING FLOWLINE // N/A 1/3' BLW ML /13 OF 5 LINE SEGMENTS TO CUT, CAP & REBURY // ORIGIN: WELL NO 32/I ENDPOINT: CAP | | | ✓ | | |
| P20101242 | EXISTING FLOWLINE // N/A II 3' BLW ML /14 OF 5 LINE SEGMENTS TO CUT, CAP & REBURY // ORIGIN: WELL NO 501/ ENDPOINT: CAP | | | ✓ | | |
| P20101242 | EXISTING FLOWLINE // N/A /13' BLW ML /15 OF 5 LINE SEGMENTS TO CUT, CAP & REBURY // ORIGIN: WELL NO 60/I ENDPOINT: CAP | | | ✓ | | |
| P20101242 | SITE CLEARANCE AT SL 195 QQ NO 10 //-// SITE CLEARANCE AT SL 195 QQ NO 11 //-// SITE CLEARANCE AT SL 195 QQ NO 32 //-// SITE CLEARANCE AT SL 19500 NO 50 //-// SITE CLEARANCE AT SL 195 QQ ON 60 | | | ✓ | | |
| P20101255 | SITE CLEARANCE | | | ✓ | | |
| P20101261 | SITE CLEARANCE | | | ✓ | | |
| P20101261 | INJECTION PIPELINE // 1Z /1 3' MIN BLW ML / / 1 OF 1 SECTION OF PIPELINE REMOVED // ORIGIN: MS SMITH SWD NO 3 // ENDPOINT: //-// WELL REMOVAL: MS SMITH SWD NO 3 | | | ✓ | | |
| P20101412 | CONSTRUCT LEVEE | | | ✓ | | |
| P20101412 | EXISTING PIPELINE SEGMENT// N/A // REBURY 3' BLW ML // LINE SEGMENT TO CUT /CAP /RE - BURY // ORIGIN: REMOVED WELL #1 // ENDPOINT: CAP | | | ✓ | | |
| P20101412 | EXISTING PIPELINE SEGMENT// N/A// REBURY 3' BLW ML // LINE SEGMENT TO CUT /CAP /RE - BURY // ORIGIN: REMOVED WELL #44 // ENDPOINT: CAP | | | ✓ | | |

# Exhibit J

## Coastal Use Permits Produced by Defendants

| CUP No. | Description | Chevron | Exxon | Helis | Anadarko | Equitable |
|---|---|---|---|---|---|---|
| P20101412 | EXISTING PIPELINE SEGMENT 1/ N/A // REBURY 3' BLW ML // LINE SEGMENT TO CUT /CAP /RE - BURY // ORIGIN: WBB GAS LIFT MANIFOLD 3/I ENDPOINT: CAP //- //REMOVE WELL PROTECTION STR: NOA CUTRER #1 //- // REMOVE WELL PROTECTION STR: SL 195 QQ # 1 //-// REMOVE WELL PROTECTION STR: SL 195 QQ #44 /NI REMOVE WELL PROTECTION STRUCTURE: NOAH CUTRER #2 | | | ✓ | | |
| P20101462 | INSTALL GAS LIFT LINE AND FLOWLINE | | | ✓ | | |
| P20110262 | INSTALL GAS LIFE LINE AND FLOWLINE | | | ✓ | | |
| P20110357 | REMOVAL OF STURCTURES, FLOWLINES AND SITE CLEARANCE | | | ✓ | | |
| P20110357 | EXISTING FLOWLINE // N/A // // // ORIGIN: SL 195 QQ #45 ( REMOVED) ENDPOINT: CAP | | | ✓ | | |
| P20110357 | EXISTING FLOWLINE // N/A // // // ORIGIN: SL 195 QQ #70 & 70 -D (REMOVED) //ENDPOINT: CAP | | | ✓ | | |
| P20110357 | EXISTING FLOWLINE // N/A // ABN 3' BLW ML // /1 ORIGIN: CAP // ENDPOINT: EBB PROD MANIFOLD | | | ✓ | | |
| P20110357 | EXISTING FLOWLINE If N/A // ABN 3' BLW ML 1/1/ ORIGIN: CAP // ENDPOINT: SL 195 QQ #46 & 46 - D (REMOVED) | | | ✓ | | |
| P20110357 | EXISTING FLOWLINES (2) // N/A // // 2 LINE SEGMENTS TO REMOVE ORIGIN: CAP// ENDPOINT: CAP | | | ✓ | | |
| P20110357 | WELL PROTECTION STR REMOVAL: SL 19500 # 12 & 12-0 //-//WELL PROTECTION STR REMOVAL: SL 19500 #28 & 28 -0 //4/ WELL PROTECTION STR REMOVAL: SL 19500 #38 & 38 -D //-// WELL PROTECTION SIR REMOVAL: SL 195 QQ #44 & 44 -D //4/ WELL PROTECTION STR REMOVAL: SL 195 QQ #45 //4/ WELL PROTECTION STR REMOVAL: SL 195 QQ #57 & 57 -D //-// WELL PROTECTION STR REMOVAL: SL 19500 #70 & 70 -D | | | ✓ | | |
| P20110382 | INSTALL GAS LIFT LINE AND FLOWLINE | | | ✓ | | |
| P20111670 | AFTER-THE-FACT REPAIR LEAK IN FLOWLINE | | | ✓ | | |
| P20111670 | PIPELINE REPAIR AREA (200')//4/ PIPELINE REPAIR AREA (400') | | | ✓ | | |
| P20120564 | INSTALL GAS LIFT LINE AND FLOWLINE | | | ✓ | | |
| P20120973 | REMOVAL OF STRUCTURES, SITE CLEARANCE | | | ✓ | | |
| P20120973 | EXISTING FLOWLINE // N/A 113' BLW ML!! 1 ( 9, 978') LINE SEGMENT TO ABN IN PLACE // ORIGIN: CUT /CAP SITE // ENDPOINT: CENTRAL FACILITY | | | ✓ | | |
| P20120973 | EXISTING FLOWLINE // N/A // 3' BLW ML!! 1 LINE SEGMENT TO ABN ORIGIN: CUT /CAP SITE // ENDPOINT: CENTRAL FACILITY | | | ✓ | | |
| P20120973 | EXISTING FLOWLINE // N/A // 3' BLW ML // 1 LINE SEGMENT TO ABN // ORIGIN: CUT /CAP SITE!! ENDPOINT: NBB FACILITY | | | ✓ | | |
| P20120973 | EXISTING FLOWLINE // N/A // 3' BLW ML!! 1 LINE SEGMENT TO ABN // ORIGIN: CUT /CAP SITE!! ENDPOINT: WBB CB | | | ✓ | | |
| P20120973 | EXISTING FLOWLINE // N/A 1/3' BLW ML!! 1 LINE SEGMENT TO ABN IN PLACE // ORIGIN: CUT /CAP SITE // ENDPOINT: EBB PRODUCTION PLATFORM | | | ✓ | | |
| P20120973 | EXISTING FLOWLINE // N/A // JET 3' BLW ML // 1ST 400' OF LINE ABNMENT // ORIGIN: MS SMITH WELL NO 4/I ENDPOINT: CUT /CAP SITE | | | ✓ | | |

**Exhibit J**

**Coastal Use Permits Produced by Defendants**

| CUP No. | Description | Chevron | Exxon | Helis | Anadarko | Equitable |
|---|---|---|---|---|---|---|
| P20120973 | EXISTING FLOWLINE // N/A // JET 3' BLW ML // 1ST 400' OF LINEABNMENT // ORIGIN: SL 195 QQ WELL NO 19 // ENDPOINT: CUT /CAP SITE V/ EXISTING FLOWLINE // N/A // JET 3' BLW ML // 1ST 400' OF LINE ABNMENT // ORIGIN: SL 195 QQ WELL NO 21 2D // ENDPOINT CUT/ CAP SITE //-// EXISTING FLOWLINE // N/A // JET 3' BLW ML // 1ST 400' OF LINE ABNMENT /I ORIGIN: SL 195 QQ WELL NO 36 // ENDPOINT: CUT /CAP SITE //-// EXISTING FLOWLINE // N/A // JET 3' BLW ML // 1ST 400' OF LINE ABNMENT // ORIGIN: SL 195 QQ WELL NO 48/ 48D // ENDPOINT: CUT /CAP SITE //-// EXISTING FLOWLINE // N/A // JET 3' BLW ML // 1ST 400 OF LINE ABNMENT // ORIGIN: SL QQ 195 NO 151 15D // ENDPOINT: CUT /CAP SITE //-// EXISTING FLOWLINE // N/A // JET 3' BLW ML // 1ST 400' OF LINE ABNMENT // ORIGIN: SL QQ 195 WELL NO 161 16D // ENDPOINT: CUT /CAP SITE //-// EXISTING FLOWLINE // N/A // JET 3' BLW ML // 1ST 400 OF LINE ABNMENT // ORIGIN: SL QQ 195 WELL NO 51/ 510 // ENDPOINT: CUT /CAP SITE //-// WELL REMOVAL: MS SMITH NO 4 //-// WELL REMOVAL- SL 195 QQ NO 151150 //-// WELL REMOVAL- SL 195 QQ NO 19 //-// WELL REMOVAL-SL 195 QQ NO 2120 //-// WELL REMOVAL: SL 195 QQ NO 36 //-// WELL REMOVAL: SL 195 QQ NO 48/480 NH WELL REMOVAL: SL QQ 195 NO 16/ 16D //-// WELL REMOVAL: SL QQ 195 NO 511 510 | | | ✓ | | |
| P20121005 | REMOVE STRUCTURES | | | ✓ | | |
| P20121005 | EXISTING FLOWLINE // N/A // 3 BLW ML // 1 OF 1 LINE TO ABN IN PLACE // ORIGIN: CUT /CAP SITE // ENDPOINT: EBB PRODUCTION FACILITY | | | ✓ | | |
| P20121005 | EXISTING FLOWLINE // N/A // JETTED 3' BLW ML!! 1ST 400' OF LINE TO CUT THEN BURY // ORIGIN: SL 195 QQ WELL NO 24/ 24D // ENDPOINT: CUT /CAP SITE | | | ✓ | | |
| P20121005 | EXISTING FLOWLINE // N/A // JETTED 3' BLW ML!! 1ST 400' OF LINE TO CUT THEN BURY // ORIGIN: SL QQ 195 NO 73 // ENDPOINT: CUT /CAP SITE | | | ✓ | | |
| P20121005 | EXISTING FLOWLINE // N/A // JETTED 3' BLW ML!! 1ST 400' OF LINE TO CUT THEN BURY!! ORIGIN: SL QQ 195 NO 81 WELL!! ENDPOINT: CUT /CAP SITE | | | ✓ | | |
| P20121005 | EXISTING FLOWLINE // N/A // JETTED 3' BLW ML!! 1ST 400' OF LIFE TO CUT THEN BURY!! ORIGIN: SL QQ 195 WELL NO 51/ 51D //ENDPOINT: CUT /CAP SITE | | | ✓ | | |
| P20121005 | EXISTING FLOWLINE // N/A// JETTED 3' BLW ML!! 1ST 400' OF LINE TO CUT THEN BURY // ORIGIN: SL QQ 195 WELL NO 53!! ENDPOINT: CUT /CAP SITE | | | ✓ | | |

**EXHIBIT K**

**USGS LAND LOSS IN OPERATIONAL AREA (1932-2010)**

Source: USGS Scientific Investigations Map 3164 (2011)

2015 Aerial



Legend:

| | |
|---|---|
| 1932-1956 Loss | 1932-1956 Gain |
| 1956-1973 Loss | 1956-1973 Gain |
| 1973-1975 Loss | 1973-1975 Gain |
| 1975-1977 Loss | 1975-1977 Gain |
| 1977-1985 Loss | 1977-1985 Gain |
| 1985-1988 Loss | 1985-1988 Gain |
| 1988-1990 Loss | 1988-1990 Gain |
| 1990-1995 Loss | 1990-1995 Gain |
| 1995-1998 Loss | 1995-1998 Gain |
| 1998-1999 Loss | 1998-1999 Gain |
| 1999-2002 Loss | 1999-2002 Gain |
| 2002-2004 Loss | 2002-2004 Gain |
| 2004-2006 Loss | 2004-2006 Gain |
| 2006-2008 Loss | 2006-2008 Gain |
| 2008-2009 Loss | 2008-2009 Gain |
| 2009-2010 New Water Area | 2009-2010 New Land Area |