# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
October 16, 2026

Thomas B. Plunkett, III
Clerk

---

No. 24-30029

---

Plaquemines Parish; Louisiana Department of Natural Resources; Louisiana State, *ex rel, Parish of Plaquemines*,

*Plaintiffs—Appellees*,

Louisiana State, *ex rel, Jeff Landry, Attorney General*,

*Intervenor Plaintiff—Appellee*,

*versus*

Chevron USA, Incorporated, Named *as Successor in Interest to* Chevron Oil *Company*, The California *Company* and Gulf and Oil *Corp*.; Chevron Pipeline Company, Named *as Successor in Interest to* Gulf Refining *Company*,

*Defendants—Appellants*.

---

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:18-CV-5220

---

UNPUBLISHED ORDER

Before Stewart, Richman, and Haynes, *Circuit Judges*.

Per Curiam:

IT IS ORDERED that the joint motion to remand this case to the

district court for further proceedings in light of *Chevron USA Inc. v. Plaquemines Parish*, 608 U.S. 1 (2026) is GRANTED.